the Ninth Circuit denied. *Mr. Hosea B. Moulton* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.

---

No. 866. THE SKEELE COAL COMPANY, PETITIONER, *v.* GOHEN C. ARNOLD, TRUSTEE IN BANKRUPTCY, ETC. December 23, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Nicholas W. Hacker* for the petitioner. *Mr. C. Andrade, Jr.,* for the respondent.

---

No. 874. MRS. BESSIE SCHINNERRER ET AL., PETITIONERS, *v.* MONONGAHELA RIVER CONSOLIDATED COAL & COKE COMPANY ET AL. December 23, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. F. Zimmerman* for the petitioners. *Mr. Frank S. Masten* for the respondent.

---

No. 879. JOHN M. CONROY ET AL., PETITIONERS, *v.* PENN ELECTRICAL MANUFACTURING COMPANY. December 23, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Paul Synnestvedt* for the petitioners. *Mr. Edward Rector* and *Mr. J. M. Nesbit* for the respondent.

---

No. 881. CHARLES F. ALLEN, EXECUTOR, ETC., PETITIONER, *v.* SEABOARD AIR LINE RAILWAY ET AL. January 6, 1913. Petition for a writ of certiorari to the United